JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JASON ROMO, ) | No. CV 12-01677-AG (VBK) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| M. D. BITER, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: June 30, 2013

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE